DORA GUINANE and JOHN GUINANE, Appellants, *v.* WADE H. BECKER, Doing Business under the Name of BECKER WAREHOUSE Co., et al., Respondents.

Argued June 7, 1945; decided July 19, 1945.

958

*J. C. Thomson* for appellants.

*Richards W. Hannah* and *Edward M. Fuller* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.